UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO MONDRAGON HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>MARTIN GAMBOA, Warden,<br><br>Respondent. | Case No. 1:25-cv-00018 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, AND STRIKING GROUNDS THREE AND FOUR FROM THE PETITION<br><br>(Docs. 9, 12) |

Leonardo Mondragon Hernandez is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting the following grounds: (1) right to present a complete defense, (2) ineffective assistance of counsel through the failure to investigate all defenses, (3) prejudicial error through treating an individual as a hostile witness, and (4) the prosecutor moved in limine to impeach a witness for disputed statements and the trial court overruled an objection. (*See generally* Doc. 1.)

Respondent filed a motion to dismiss Grounds Three and Four as unexhausted.[1] (Doc. 9.) Petitioner filed a response to the motion in which he conceded Grounds Three and Four were unexhausted, and requested the grounds be stricken so he could proceed on Grounds One and

---

[1] Respondent also argued that Ground Four failed to state a claim, but as Petitioner conceded Grounds Three and Four, the Court does not address the viability of the claim.

Two. (Doc. 11 at 1.) Based upon the representations of the parties, the magistrate judge recommended the Court grant Respondent's motion, strike Grounds Three and Four from the Petition, and direct Respondent to file an answer to the remaining grounds. (*Id.* at 1-2.)

Petitioner filed objections to the Findings and Recommendations. (Doc. 14.) However, Petitioner does not address the findings related to exhaustion of Grounds Three and Four. Instead, it appears that Petitioner restates his arguments in support of Ground One concerning his right to present a complete defense. (*Id.* at 2-3.) Thus, Petitioner does not dispute the findings of the magistrate judge that Grounds Three and Four were not exhausted—which he previously conceded— and that the Court should dismiss these grounds.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, including Petitioner's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 15, 2025 (Doc. 12) are **ADOPTED** in full.
2. Respondent's limited motion to dismiss (Doc. 9) is **GRANTED**.
3. Grounds Three and Four are **STRICKEN** from the Petition, and the matter shall proceed only on Grounds One and Two.
4. Respondent is **DIRECTED** to file an answer to Grounds One and Two **within 60 days** of the date of service of this order.
5. The matter is referred to the assigned magistrate judge for further proceedings pursuant to 28 U.S.C. § 636(b).

IT IS SO ORDERED.

Dated:   **May 23, 2025**

UNITED STATES DISTRICT JUDGE

2